**RECEIVED**

DEC 2 0 2017

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

**FILED**
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

DEC 2 0 2017

DEBRA SPISAK, CLERK

2-15-17

Court Of Appeals Clerk,

Re: Certification of Appeal forwarded to the court in reference to Appealing The Fifth Art 64.01 motion
Cause No. 0843168

It has now been enough time for Susan Russell to have forwarded me back a copy of the certification of Appeal. I forwarded to the Clerk of the court about two weeks. I need a copy of the same or any type of substantiation to establish that this appeal is going forward. Because I do want to appeal the trial court's decision. Please provide sufficient verification to put me on notice that my appellate rights are being honored because I'm diligently asserting the same. This is my informal resolution of the same before seeking assistance from the State commission on Judicial Conduct to help resolve the matter by investigating the Judges of the 213Th Judicial and the Second District of Texas Court of Appeals. State commission on Judicial Conduct please forward me two grievances just in case the same are needed to afford me an appeal pertaining to the Fifth Art. 64.01 motion. Also please receive mark this letter and return the same along with the two grievances. So the same canbe attached as evidence showing the courts were contacted.

Thank You

Allen "F" Calton

Allen "F" Calton # 1123880
Stiles Unit
3060 FM 3514
Beaumont, TX. 77705
CC
District Clerk Thomaswinder - Attention Susan Russell
State Commission on Judicial Conduct